IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE REIMERS,

        Plaintiff,                        No. 2:10-cv-0974 KJN P

   vs.

CDCR, et al.,

        Defendants.               <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an incomplete request to proceed in forma pauperis. Plaintiff is incarcerated at Valley State Prison for Women, in Chowchilla, Madera County, California, and alleges violation of her civil rights by conduct that allegedly took place in Madera County.

      This action should therefore have been commenced in the Fresno, rather than the Sacramento, Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division. This action will therefore be transferred to the Fresno Division. This court has not ruled on plaintiff's request to proceed in forma pauperis.

1

1  Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the Fresno Division of the United States District

3  Court for the Eastern District of California; and

4  2. All future filings shall reference the newly assigned Fresno case number and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9  DATED: April 29, 2010

12  _____
    KENDALL J. NEWMAN
13  UNITED STATES MAGISTRATE JUDGE

15  reim0974.22.trans