1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9 | DIANE REIMERS,                                     CASE NO. 1:10-cv-00763-SMS PC

10 |                          Plaintiff,                ORDER DISMISSING ACTION, WITHOUT
                                                        PREJUDICE, FOR FAILURE TO OBEY A
11 |         v.                                         COURT ORDER AND FAILURE TO STATE A
                                                        CLAIM
12 | CDCR, et al.,
                                                        (Doc. 8)
13 |                          Defendants.

14 |   _____/

15        Plaintiff Diane Reimers, a state prisoner proceeding pro se, filed this civil rights action

16   pursuant to 42 U.S.C. § 1983.  On May 20, 2010, the Court dismissed Plaintiff's complaint, with

17   leave to amend within thirty days, for failure to state a claim.  28 U.S.C. § 1915A.  Plaintiff was

18   warned that if she failed to comply with the order, this action would be dismissed for failure to obey

19   a court order and for failure to state a claim.  To date, Plaintiff has not complied with or otherwise

20   responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims

21   upon which relief may be granted under section 1983.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

1    Accordingly, this action is HEREBY DISMISSED, without prejudice, for failure to state any

2    claims upon which relief may be granted under section 1983, 28 U.S.C. § 1915A, and for failure to

3    obey a court order, In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217,

4    1226 (9th Cir. 2006).

5

6    IT IS SO ORDERED.

7    **Dated:    August 5, 2010**                         /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28