# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE REIMERS, | CASE NO. 1:10-cv-00763-SKO PC |
| Plaintiff, | ORDER DENYING REQUEST FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY AS UNNECESSARY |
| v. | |
| CDCR, et al., | (Doc. 23) |
| Defendants. / | |

Plaintiff Diane Reimers, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 22, 2010. On July 11, 2011, the Court dismissed the action, with prejudice, for failure to state a claim and entered judgment. On August 12, 2011, Plaintiff filed a notice of appeal and a request for the issuance of a certificate of appealability. Fed. R. App. P. 22(b).

The requirement that a certificate of appealability be obtained in order to appeal applies to state habeas corpus proceedings and 28 U.S.C. § 2255 proceedings. Plaintiff is not required to obtain a certificate of appealability in this action and her request is therefore DENIED.

IT IS SO ORDERED.

Dated:   August 21, 2011          /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

1